UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Judge Hellerstein
-----------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o MICHAEL WACH

Plaintiff,

- against -

AL GROVER'S HIGH & DRY MARINA, INC.

Defendant.
-----------------------------------------------------------X

2008 Civ.

FRCP 7.1 DISCLOSURE STATEMENT

08 CIV 5228

RECEIVED JUN 06 2008 U.S.D.C. S.D.N.Y. CASHIERS

NOW comes plaintiff, ACE AMERICAN INSURANCE COMPANY a/s/o MICHAEL WACH, and submits in duplicate its Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

ACE LIMITED is the publicly traded parent company of ACE AMERICAN INSURANCE COMPANY. MICHAEL WACH is an individual.

Dated: New York, New York
June 6, 2008
230-37

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: _____
Christopher M. Schierloh (CS-6644)
Gregory G. Barnett (GGB-3751)
317 Madison Avenue, 21st Floor
New York, NY 10017
(212) 286-0225