UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY    08 CV 5228
a/s/o MICHAEL WACH,

                Plaintiff,    **RULE 7.1 STATEMENT**

    -against-

AL GROVER'S HIGH & DRY MARINA, INC.,

               Defendant.
----------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for AL GROVER'S HIGH & DRY MARINA, INC., certifies that it does not have any corporate parents, affiliates and/or subsidiaries of said party which are publicly held and no such publicly held corporation owns ten percent (10%) or more of said party's stock.

Dated: Mineola, New York
       July 31, 2008

                                            Pursuant to Rule 130-1.1-a)
                                            FARBER BROCKS & ZANE L.L.P

                                            By: _____
                                                BRADEN H. FARBER (BF 7175)
                                            Attorney for Defendant
                                            AL GROVER'S HIGH &
                                            DRY MARINA, INC.,
                                            51 Charles Street, 2nd Floor
                                            Mineola, New York 11501
                                            (516) 739-5100
                                            File No.: 436-4235

TO:
Casey & Barnett, LLC
Attorneys for Plaintiff
317 Madison Avenue, 21st Floor
New York, NY 10017
(212) 286-0225