UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o MICHAEL WACH

                                                      2008 Civ. 5228 (AKH)

                 Plaintiff,

   - against -                             **RETURN OF SERVICE**

AL GROVER'S HIGH & DRY MARINA, INC.

                 Defendant.
------------------------------------------------------------X

     Pursuant to Fed. R. Civ. P. Rule 4, the plaintiff hereby makes proof of service to the Court. The plaintiff attaches hereto Exhibit 1, the Affidavit of Service executed by Brian Kleinberg declaring under penalty of perjury under the laws of the United States that he personally served a true copy of the Summons and Complaint for the above referenced civil action upon Jennifer Kane on behalf of defendant Al Grover's High and Dry Marina, Inc. on June 11, 2008.

Dated: New York, New York
       August 5, 2008
       230-37

                                        CASEY & BARNETT, LLC
                                        Attorneys for Plaintiff

                        By:   _____
                               Gregory G. Barnett (GGB-3751)
                               317 Madison Avenue, 21st Floor
                               New York, New York 10017
                               (212) 286-0225

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: CASEY & BARNETT, LLC - 306

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY A/S/O MICHAEL WACH | Index #: 08 CIV 5228 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| AL GROVER'S HIGH & DRY MARINA, INC. | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRIAN KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 11, 2008 at 02:46 PM at

500 SOUTH MAIN STREET
FREEPORT, NY11520

deponent served the within true copy of the SUMMONS & COMPLAINT on AL GROVER'S HIGH & DRY MARINA, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to JENNIFER KANE personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'6 | 125 |

Sworn to me on: June 12, 2008

| Linda Forman | Robin M. Forman | Larry Yee | BRIAN KLEINBERG |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | Docket #: 566967 |

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: CASEY & BARNETT LLC - 306

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY A/S/O MICHAEL WACH<br><br>　　　　　　　　　　　　　　　　　Plaintiff(s)<br><br>- against -<br><br>AL GROVER'S HIGH & DRY MARINA, INC.<br><br>　　　　　　　　　　　　　　　　　Defendant(s) | Index #: 08 CIV 5228<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRIAN KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 11, 2008 at 02:46 PM at

500 SOUTH MAIN STREET
FREEPORT, NY11520

deponent served the within true copy of the SUMMONS & COMPLAINT on AL GROVER'S HIGH & DRY MARINA, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to JENNIFER KANE personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'6 | 125 |

Sworn to me on: June 12, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BRIAN KLEINBERG**

Docket #: 566967